**Below is the Judgment of the Court.**



**Timothy W. Dore**
**U.S. Bankruptcy Court Judge**
**(Dated as of Entered on Docket date above)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**JANSEN, Judy Haney,**
Debtor.

_____

**JANSEN, Judy Haney,**

Plaintiff,

v.

**UNITED STATES OF AMERICA ACTING THROUGH THE U.S. DEPARTMENT OF EDUCATION,**

Defendant.

Case No. 19-12530-TWD

Adversary Number: 24-01011-TWD

**EX PARTE CONSENT JUDGMENT DECLARING PARTIALLY DISCHARGEABLE PLAINTIFF'S STUDENT LOAN DEBT**

Plaintiff Judy Haney Jansen and Defendant United States of America, acting through the U.S. Department of Education (DOE) filed an "Ex Parte Joint Motion for Entry of Consent Judgment Declaring Partially Dischargeable Plaintiff's Student Loan Debt" (Joint Motion). For the reasons stated in the parties' Joint Motion, the Court finds that Plaintiff is entitled to a declaration that the NSLDS loan no. 11 listed as on attached Exhibit A, (the Debt), to the extent set forth below is dischargeable under 11 U.S.C. § 523(a)(8).

Specifically, NSLDS Loan no. 11 is subject to discharge in the amount of $3,988.55. NSLDS

EX PARTE CONSENT JUDGMENT DECLARING PARTIALLY
DISCHARGEABLE PLAINTIFF'S STUDENT LOAN DEBT- 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234 Fax: 941-0476

Loans 7-10 and the remainder of NSLDS Loan no. 11 are not subject to discharge.

Accordingly, the Court GRANTS the Joint Motion and enters the following Consent Judgment:

1. Repaying NSLDS Loan no. 11 in the amount of $3,988.55 would impose an undue hardship on Plaintiff under 11 U.S.C. § 523(a)(8).

2. If Plaintiff completes her Chapter 13 Plan and receives a general discharge under 11 U.S.C. § 1328 in Case No. 19-12530-TWD, the following shall occur:

   NSLDS Loan no. 11 shall be discharged in the amount of $3,988.55;

3. Plaintiff and DOE shall bear their own costs and attorney fees related to this action.

///END OF ORDER///

Jointly Presented by:

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

And


TEAL LUTHY MILLER
Acting U.S. Attorney

/s/ Kristin B. Johnson
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax: 206-553-4067
Email: kristin.b.johnson@usdoj.gov

EX PARTE CONSENT JUDGMENT DECLARING PARTIALLY
DISCHARGEABLE PLAINTIFF'S STUDENT LOAN DEBT- 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234 Fax: 941-0476

Case 24-01011-TWD   Doc 22   Filed 09/25/25   Ent. 09/25/25 12:34:30   Pg. 2 of 3

Re:  JUDY JENSEN
Adv. No.: 24-01011-TWD

Exhibit  A

| Loan # | Loan Holder Name | Loan Date | Loan Amount | Loan Type | Loan Status | Principal [5] | Interest | Date Entered Repayment[6] |
|---|---|---|---|---|---|---|---|---|
| 11 | Aidvantage | 2010-09-20 | $3,067.00 | DIRECT STAFF | Bankruptcy | $3,556.00 | $1,850.00 | 4/19/2011 |
| 10 | Aidvantage | 2010-09-20 | $100.00 | DIRECT STAFF | Bankruptcy | $107.00 | $37.00 | 4/19/2011 |
| 9 | Aidvantage | 2010-06-04 | $500.00 | DIRECT STAFF | Bankruptcy | $590.00 | $307.00 | 4/19/2011 |
| 8 | Aidvantage | 2010-04-07 | $4,435.00 | DIRECT STAFF | Bankruptcy | $4,855.00 | $2,081.00 | 4/19/2011 |
| 7 | Aidvantage | 2009-09-17 | $8,850.00 | DIRECT PLUS | Bankruptcy | $8,985.00 | $7,494.00 | 3/27/2010 |